UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE., | No. 1:14-CV-1313----MJS |
| Plaintiff, | |
| v. | **ORDER DIRECTING CLERK OF COURT TO ADMINISTRATIVELY CLOSE CASE** |
| HADJIS, ET AL., | |
| Defendant. | |

On November 17, 2014, Plaintiff filed a Notice of Voluntary Dismissal with Prejudice of the entire action pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i).

In relevant part, Rule 41 (a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action with a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary of judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41 (a)(1)(A). " The Plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41 (a)(1) notice, " and the dismissal

1

1  "automatically terminates the action as to the defendants who are subjects of the notice."
2  *Wilson v. City of San Jose,* 111F. 3d 688, 692 (9th Cir. 1997).
3      Accordingly IT IS HEREBY ORDERED that the Clerk of the Court is to close this
4  case.

IT IS SO ORDERED.

    Dated:    November 21, 2014        /s/ *Michael J. Seng*
                                                   UNITED STATES MAGISTRATE JUDGE